IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARKICE LINCOLN, Plaintiff, | ) | |
| v. | ) | C.A. No. 25-517-CFC-EGT |
| DELAWARE STATE POLICE, Defendant. | ) | |

**ORDER**

At Wilmington on this Ninth Day of November in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on October 20, 2026 (D.I. 40), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed, it is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 40) is **ADOPTED**.

2. Defendant's motion to dismiss (D.I. 28) is **GRANTED** and the Complaint (D.I. 1, Ex. D) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

Chief Judge